UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARQUIS MARTIN,

Defendant.

Case No. 20-CR-

[18 U.S.C. §§ 844(i) and 2261A(2)(A)]

20-CR-153

---

## INDICTMENT

---

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 16, 2020, in the State and Eastern District of Wisconsin,

**MARQUIS MARTIN**

maliciously damaged, by means of fire, Apartment #XXX at XXX West Winnebago Street, Milwaukee, Wisconsin, which was in a building used in interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about September 18, 2019, and August 7, 2020, in the State and Eastern District of Wisconsin and elsewhere,

**MARQUIS MARTIN**

knowingly and with the intent to injure, harass, and intimidate another person, namely, Individual #1, used an electronic communication service, electronic communication system of interstate commerce, and a facility of interstate commerce, to engage in a course of conduct that placed Individual #1 in reasonable fear of death and serious bodily injury and that caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to Individual #1.

In violation of Title 18, United States Code, Sections 2261A(2)(A), 2261A(2)(B), 2261, and 2.

A TRUE BILL:

FOREPERSON

Date: 8/25/20

MATTHEW D. KRUEGER
United States Attorney

2